UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE TAX
INDEBTEDNESS OF

)
)
)
)          M.B.D. 05 mc-10282 CBS
RT 9 FURNITURE INC.                )
)
)
)

AFFIDAVIT OF REVENUE OFFICER

CITY OF BOSTON                          )
COMMONWEALTH OF MASSACHUSETTS           )

Revenue Officer Gary Anderson, having been first duly sworn, states as follows:

1. I am a Revenue Officer employed in the Small Business/ Self Employed Division of the Office of the Area Director, Internal Revenue Service, at Boston, Massachusetts. As a Revenue Officer, I have the duty and authority to collect federal taxes by seizure and sale under the provisions of Section 6331 of the Internal Revenue Code.

2. Assessment(s) of tax and statutory additions for the period(s) ending 12-31-2002, 12-31-2003, 03-31-2004, 06-30-2004, and 09-30-2004 have been made against RT 9 FURNITURE INC., 1 Oak Street, Westborough, MA 01581, 04-3556626 for which notice and demand was made on 11-10-2003, 03-22-2004, 07-05-2004, 09-06-2004 and 01-03-2005 pursuant to Section 6201, 6203, and 6303 of the Internal Revenue Code.

3. The said taxpayer has neglected or refused to pay the full amount of the taxes assessed within 10 days after such notice and demand and this neglect or refusal continues.

4. There is now due, owing and unpaid with respect to such tax, penalty and interest a total amount of $6,539.02, plus statutory additions.

5. By reason of each assessment, a lien has arisen on all property and rights to property of said taxpayer as prescribed by Sections 6321 and 6322 of the Internal Revenue Code.

6. By reason of the taxpayer's neglect and failure to pay such tax within 10 days after notice and demand, a levy may be made on all property and rights to property belonging to the taxpayer or to which the federal tax lien attaches. A notice of intention to levy was provided to the taxpayer as required by IRC 6331(d).

7. The taxpayer is a corporation engaged in a Retail Furniture Store business at 1 Oak Street, Westborough, MA 01581. The premises are rented by the taxpayer.

8. The assets to be seized include general equipment and inventory found in a Retail Furniture Store business. Revenue Officer Gary Anderson personally observed these assets on the premises on June 8, 2005. I know that the taxpayer has an interest in the assets because the Kevin Son Tran, President of the corporation listed the assets on the financial statement..

9. On June 8, 2005, I requested that Kevin Son Tran, President, consent to the revenue officer's entry to the premises for the purpose of levying on the assets pursuant to Section 6331 of the Internal Revenue Code. Such consent was refused.

_____
REVENUE OFFICER

Subscribed and sworn to before me this ___3rd___ day of ___August___, 2005

_____
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF MASSACHUSETTS