UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
)
)
) M.B.D. 05-mc-10282 CBS
RT 9 FURNITURE INC. )
)
)

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

    Gary Anderson, a Revenue Officer for the United States Internal Revenue Service, having filed an application requesting authorization for him/her and/or other designated revenue officers to enter the premises located at 1 Oak Street, Westborough, MA 01581 in order to seize property in satisfaction of unpaid taxes, together with an Affidavit in support of that application and the Court finding on the basis of the Affidavit, that there is probable cause to believe that property or rights to property belonging to RT 9 FURNITURE INC., which are subject to levy by the United States pursuant to Section 6331 of the Internal Revenue Code are located on or within the premises as described, it is

    ORDERED THAT Gary Anderson and/or other designated revenue officers are authorized to enter the premises described and to make such search as is necessary in order to levy and seize pursuant to Section 6331 of the Internal Revenue Code. In making this search and seizure, however, such revenue officers are directed to enter the premises during business hours or the daytime and within 10 days of this order, and to make reasonable entries thereafter to effectuate a disposition of seized property.

DATED: 8-3-05

UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF MASSACHUSETTS

## RETURN

I, Gary Anderson, hereby certify that:

[X] On __8-4__, ~~19~~ 2005 at __10__ o'clock a.m., Gary Anderson searched the premises described in the writ of entry on premises to effect levy, and Gary Anderson left a copy of the writ with __Kevin Tran, President of Rt 9 Furniture Inc__

Property which was seized pursuant to the writ and 26 U.S.C. § 6331 is listed on the attached Notice of Seizure (IRS Form 2433).

[ ] The writ was not executed because _____

_____

_____
Gary Anderson
Revenue Officer

Sworn and subscribed to before me this __4th__ day of __August__, 2005

_____
Notary Public  Stephanie Picard

My commission expires: __March 31, 2006__

STEPHANIE A. PICARD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 31, 2006